In the Matter of the Probate of the Last Will and Testament of MERRY M. DENNIS, Deceased.— Decree dated July 31, 1937, in so far as it admits to probate the will and first three codicils, affirmed, and in so far as it denies probate to the fourth codicil executed by the testatrix October 5, 1934, reversed on the law and facts, with costs to the proponent-appellant payable out of the estate, and matter remitted to the Surrogate's Court, Monroe county, with direction to admit the fourth codicil to probate. Appeal by contestants Kenneth Dennis, Volney Dennis and Hazel D. Case Ackerman from that part of the decree denying a motion to resettle the surrogate's decision and to provide for costs to such appellants, dismissed, without costs, as academic, by reason of this decision which directs probate of the fourth codicil. Order dated July 27, 1937, in so far as it denies proponent's motion to set aside the verdict as to the fourth codicil and to admit that codicil to probate reversed on the law and facts, and proponent's motion in that regard granted, and otherwise affirmed, without costs. Order dated July 31, 1937, denying motion by contestants Lottie M. Carll, McKinley Ackerman and Marshall Ackerman to correct or supplement the record in certain particulars, affirmed, without costs. Memorandum: Our examination of the record leads us to conclude that the finding of the jury that on October 5, 1934, the testatrix was not possessed of mental ability sufficient to execute the fourth codicil to her last will and testament, was contrary to and against the weight of evidence. All concur. (The decree admits a will and three codicils thereto to probate and denies probate to a fourth codicil, and denies a motion to provide for costs in favor of certain contestants. One order denies motions for a new trial and a motion to set aside the verdict as to the fourth codicil and to admit the same to probate. The other order denies a motion to correct or supplement the record.)- Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

ARLIE L. WALL, as Administratrix, etc., of JACOB F. WALL, Deceased, Respondent, v. ARTHUR SLAUGHTER and WILLIAM SLAUGHTER, a Copartnership Doing Business as " SLAUGHTER BROS.," Appellants.— Judgment and order affirmed, with costs. All concur, except Crosby and Taylor, JJ., who dissent and vote for reversal on the law and facts and for granting a new trial. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

THOMSON S. ROGERS, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 24080.) — Judgment affirmed, with costs. All concur. (The judgment dismisses a claim for damages sustained by reason of an automobile skidding on ice on the highway.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

MAY BEDELL ROGERS, Respondent, Appellant, v. THE STATE OF NEW YORK, Appellant, Respondent. (Claim No. 24081.) — Judgment affirmed, without costs of this appeal to either party. All concur. (The judgment awards the claimant damages for personal injuries sustained by reason of an automobile skidding on ice on the highway.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.